# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-65-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JODY DOWD WOOTEN, | |
| Defendant. | |

Defendant Jody Dowd Wooten having filed an Unopposed Motion to Enlarge Time to File Supplemental Motion to Reduce Sentence requesting a twenty-one (21) day extension, there being no objection from the government and good cause appearing therefor; **IT IS HEREBY ORDERED** that Defendant Wooten's motion is GRANTED. Defendant Wooten shall file a supplemental motion to reduce sentence on or before Monday, December 20, 2021.

DATED this 17th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court